1  Michael Paul Tuuri (SBN 236401)
   In-House Legal Services
2  3177 Gray Fox Lane
   Paso Robles, CA 93446
3  Telephone: (805) 238-7290
   FAX: (805) 456-3339
4  E-mail: mptuuriesq@sbcglobal.net

5  Attorney for Plaintiff

FILED
2007 JUL 13 PM 12:48

Fee Paid

NP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Jay Powell, | Case No.: |
| Plaintiff, | C07-03626 BZ ADR |
| vs. | VERIFIED COMPLAINT AND JURY DEMAND FOR CIVIL RIGHTS VIOLATIONS AND DAMAGES (42 USC §§ 1983 AND 1985) AND CONSPIRACY TO DEPRIVE OF CIVIL RIGHTS (42 USC § 1986) |
| Alameda County, Alameda County Community Development Agency, Alameda County Board of Supervisors, East County Board of Zoning Adjustments, Don LaBelle, Margret Elliott, Chris Bazar, Stacey Sorensen, Darryl Gray, James Sorensen, Scott Owen, Scott Haggerty, Jana Beatty, and Does 1 through 100 inclusive, | |
| Defendants. | |

DEMAND FOR JURY TRIAL

Plaintiff alleges:

1. This is an action brought under 42 U.S.C. §§ 1983 and 1985 to recover damages against defendants Alameda County et al. for violation of plaintiff's right to substantive and procedural due

VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, 42 USC §§ 1983 & 1985 - 1

1 process under the Fourteenth Amendment to the United States
2 Constitution, and further, under 42 U.S.C. § 1986 for conspiracy to
3 deprive plaintiff of these rights.
4   2.  The jurisdiction of this Court is predicated on 28 U.S.C. §§ 1331 and
5 1343.
6   3. Plaintiff STEVEN JAY POWELL is, and at all times mentioned in this
7 complaint was, a citizen of the United States, and a resident of Alameda
8 County, California.
9   4.  Defendant County of Alameda is, and at all times mentioned in this
10 complaint was, a county in the State of California, organized and existing
11 under the laws of the State of California, with the capacity to sue and be
12 sued.
13   5.  A substantial part of the events giving rise to this action occurred in
14 Alameda County, California. Venue is therefore proper under 28 U.S.C. §
15 1391(b).
16   6.  Defendants County of Alameda et al. were, at all times mentioned in
17 this complaint, acting under color of state law.
18    7.  Over the course of the last five years, defendants and each
19 of them have abused their discretion and subjected plaintiff to
20 violations of his Constitutional right to procedural due process and
21 substantive due process during the plaintiff's process of applying for
22 a Conditional Use Permit for his business known as Tesla Vintners
23 located at 5134 Tesla Road, Livermore, California, pursuant to the
24 South Livermore Valley Area Plan, and further, by characterizing certain
25 of plaintiff's business activities as subject to such a Conditional
26 Use Permit where no such permit is required by law, and consequently

enjoining plaintiff from conducting his business to the full extent of the law.

8. Plaintiff alleges that he was subjected to violations of his right to due process under the Fourteenth Amendment to the United States Constitution, as a result of the customs, practices, and policies of defendants County of Alameda et al.

9. These customs, practices, and policies of defendants include deliberately and arbitrarily withholding and impeding permits, including building permits, with the sole purpose of preventing plaintiff from achieving compliance with Alameda County codes.

10. They further include instituting abatement and other actions against plaintiff and his property without probable cause and without constitutionally sufficient notice to plaintiff of actions necessary on his part to achieve compliance with Alameda County codes.

11. They further include taking actions against plaintiff and holding plaintiff responsible for requirements without notifying him either directly and/or through his legal representative, and without having adequately informed him of the nature of those requirements.

12. They further include permitting county agents and agencies to introduce new or contrary evidence at the appeals hearing before defendant Alameda County Board of Supervisors without adequate notice to plaintiff or adequate opportunity to face and cross-examine said agents and agencies.

13. They further include unequal treatment of plaintiff with respect to others similarly placed who also applied for Conditional Use Permits.

14. They further include collusion and conspiracy among and between certain defendant parties to achieve the deprivation of rights mentioned in

1  paragraphs 9 through 13 inclusive.

2  15. As a direct and proximate result of the customs, practices, and
3  policies of defendants Alameda County, et al., described in this complaint,
4  plaintiff has suffered injury, loss, and damage including loss of liberty to
5  use his property pursuant to the South Livermore Valley Area Plan, and
6  substantial loss of revenues because of this loss of liberty.

7  WHEREFORE, plaintiff prays judgment against defendants and each of them
8  as follows:

9  1. For compensatory damages, in an amount to be determined according to
10 proof at trial; and

11 2. For reasonable attorney's fees, pursuant to 42 U.S.C. § 1988; and

12 3. For costs of suit incurred in this action; and

13 4. For such other and further relief as the Court deems proper.

14 DATED: 12 JULY 2007

15                                          Respectfully submitted,
16                                          In-House Legal Services
17                                          By: /s/ Michael Paul Tuuri
18                                          Michael Paul Tuuri
                                            Attorney for Plaintiff
19
                        DEMAND FOR JURY TRIAL
20
21  Plaintiff STEVEN JAY POWELL hereby demands a jury trial.

    DATED: 12 JULY 2007
22

23                                          Respectfully submitted,
24                                          In-House Legal Services
25                                          By: /s/ Michael Paul Tuuri
                                            Michael Paul Tuuri
26                                          Attorney for Plaintiff

VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, 42 USC §§ 1983 & 1985 - 4

VERIFICATION

I, STEVEN JAY POWELL, am the plaintiff in the above-entitled action. I have read the foregoing and know the contents thereof. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: July 12, 2007

_____
Steven Jay Powell, Plaintiff

VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, 42 USC §§ 1983 & 1985 - 5