UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steven Jay Powell

             Plaintiff(s),

   v.

Alameda County et al.

            Defendant(s).

Case No. C07-03626 BZ ADR

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/12/07

                                              _Janette Brook_
                                              [Party] County of Alameda entities and individually served County employees

Dated: 10/12/07

                                              [Counsel]

Boornazian,
Jensen &
Garthe
A Professional Corporation

510.834.4350
510.839.1897 Fax
rcrow@bjg.com

Robert G. Crow
Attorney At Law

555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served ADR CERTIFICATION BY PARTIES AND COUNSEL on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

**ATTORNEYS FOR PLAINTIFF**

Michael Paul Tuuri, Esq.
In-House Legal Services
3177 Gray Fox Lane
Paso Robles, CA  93446

Tel:   (805) 238-7290
Fax:   (805) 456-3339

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on October 12, 2007

JOANNE PERRI

25110\416581

MASTER POS; USDC Nor. Dist. Case No. C 06 0310 MMC