# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

October 12, 2007

To:   Michael Paul Tuuri
      In-House Legal Services
      3177 Gray Fox Lane
      Paso Robles, CA 93446

      Robert G. Crow
      Boornazian Jensen & Garthe
      555 12th Street, Suite 1800
      P.O. Box 12925
      Oakland, CA 94604-2925


      Re: Steven Jay Powell v. Alameda County, et al. - C07-3626 BZ

Dear Sirs:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 5, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form due within 5 calendar days.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court


                              _/s/ Lashanda Scott_
                              By:   Lashanda Scott
                                    Courtroom Deputy