1  ROBERT G. CROW, ESQ. (60892)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  *E-mail:  rcrow@bjg.com*

6  RICHARD E. WINNIE, ESQ. (68048)
   BRIAN E. WASHINGTON, ESQ. (146807)
7  ANDREW J. MASSEY, ESQ. (240995)
   Office of the County Counsel, County of Alameda
8  1221 Oak Street, Suite 450
   Oakland, CA 94612-4296
9  Telephone:  (510) 272-6700
   Facsimile: (510) 272-5020
10 *E-mail:  brian.washington@acgov.org*
   *E-mail:  andrew.massey@acgov.org*
11
   Attorneys for Defendants
12 ALAMEDA COUNTY, ALAMEDA COUNTY
   COMMUNITY DEVELOPMENT AGENCY,
13 ALAMEDA COUNTY BOARD OF SUPERVISORS,
   EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN,
   DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN,
15 SCOTT HAGGERTY AND JANA BEATTY

16                  UNITED STATES DISTRICT COURT

17             FOR THE NORTHERN DISTRICT OF CALIFONRIA

18 STEVEN JAY POWELL,                    )   Case No.:  C07-03626 BZ
                                         )   Assigned to the Hon. Bernard Zimmerman
19              Plaintiff,               )
                                         )   **NOTICE OF DEFENDANTS' MOTION**
20 vs.                                   )   **AND MOTION TO DISMISS FOR**
                                         )   **LACK OF SUBJECT MATTER**
21 ALAMEDA COUNTY, ALAMEDA               )   **JURISDICTION (FRCP 12(B)(1)) AND**
   COUNTY COMMUNITY DEVELOPMENT )           **FAILURE TO STATE A CLAIM UPON**
22 AGENCY, ALAMEDA COUNTY BOARD )            **WHICH RELIEF CAN BE GRANTED**
   OF SUPERVISORS, EAST COUNTY           )   **(FRCP 12(B)(6))**
23 BOARD OF ZONING ADJUSTMENTS,          )
   DON LABELLE, MARGRET ELLIOTT,         )   Date:   December 5, 2007
24 CHRIS BAZAR, STACEY SORENSEN,         )   Time:   10:00 a.m.
   DARRYL GRAY, JAMES SORENSEN,          )   Courtroom:  G 15th Floor
25 SCOTT OWEN, SCOTT HAGGERTY,           )
   JANA BEATTY, AND DOES 1 through 100,  )
26 inclusive,                            )
                Defendants.              )
27                                       )
                                         )
28 ─────────────────────────────────────
                                       -1-

**NOTICE OF DEFENDANTS' MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE
GRANTED (FRCP 12(B)(6)) CASE NO. C07-03626 BZ**

1  TO PLAINTIFF STEVEN JAY POWELL AND HIS ATTORNEY OF RECORD:

2  PLEASE TAKE NOTICE that on December 5, 2007 at 10:00 a.m. in Courtroom G, 15th

3  Floor, located 450 Golden Gate Avenue, San Francisco, California, defendants ALAMEDA

4  COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA

5  COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING

6  ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL

7  GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, AND JANA BEATTY

8  (herein collectively "defendants") will move the Court to dismiss plaintiff's claim for relief on the

9  grounds that this court does not have subject matter jurisdiction over these claims under the

10  abstention doctrine of *Younger v. Harris* (1971) 401 U.S. 37.  (FRCP 12(b)(1))

11  Defendants will further move the court to dismiss plaintiff's complaint for failure to state a

12  claim for which relief can be granted on the grounds that the inability obtain a Conditional Use

13  Permit is not an interest protected by the Equal Protection clause of the 14th Amendment, that

14  plaintiff does not have a constitutionally protected interest in obtaining a Conditional Use Permit,

15  that there is no claim for collusion or conspiracy, and that the claims are barred by the applicable

16  statute of limitations.  (FRCP 12(b)(6))

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-2-

**NOTICE OF DEFENDANTS' MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)) CASE NO. C07-03626 BZ**

1    Defendants will base this Motion on this Notice of Motion and Motion to Dismiss, the

2  Memorandum of Points and Authorities in Support of this Motion, the Request for Judicial Notice,

3  filed herewith, the pleadings and papers on file, and any oral argument that the Court may hear on

4  this Motion.

5  DATED:  October 24, 2007                    BOORNAZIAN, JENSEN & GARTHE
                                               A Professional Corporation
6

7                                              By: _____/s/_____

8                                                    ROBERT G. CROW, ESQ.
                                                    Attorneys for Defendants
9                                                 ALAMEDA COUNTY, ALAMEDA
                                                  COUNTY COMMUNITY
10                                                   DEVELOPMENT
                                                 AGENCY,ALAMEDA COUNTY
11                                               BOARD OF SUPERVISORS, EAST
                                                 COUNTY BOARD OF ZONING
12                                                ADJUSTMENTS, MARGRET
                                                 ELLIOTT, CHRIS BAZAR,
13                                               STACEY SORENSEN, DARRYL
                                                 GRAY, JAMES SORENSEN,
14                                                 SCOTT OWEN, SCOTT
                                                      HAGGERTY
15  25110\416756                                   AND JANA BEATTY

16

17

18

19

20

21

22

23

24

25

26

27

28
-3-
**NOTICE OF DEFENDANTS' MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE
GRANTED (FRCP 12(B)(6)) CASE NO. C07-03626 BZ**

1

## CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE

2

3          I, the undersigned, declare as follows:

4          I am employed in the County of Alameda, State of California.  I am over the age of 18

5   years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,

6   P. O. Box 12925, Oakland, California 94604-2925.

7          On the date indicated below, at the above-referenced business location, I served the

8   following documents:

9          **1)  NOTICE OF DEFENDANTS' MOTION AND MOTION TO DISMISS FOR**
10  **LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO**
    **STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6));**

11         **2)     DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN**
12  **SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER**
    **JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH**
13  **RELIEF CAN BE GRANTED (FRCP 12(B)(6));**

14         **3)     DEFENDANTS ALAMEDA COUNTY, ALAMEDA COUNTY**
    **COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF**
15  **SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET**
    **ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES**
16  **SORENSEN, SCOTT OWEN, SCOTT HAGGERTY AND JANA BEATTY'S REQUEST**
    **FOR JUDICIAL NOTICE;**

17         **4)     [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
18  **FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE**
    **TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))**

19

20  on the below-named party and caused said document to be transmitted using ECF as specified by

21  General Order No. 45 to the following party:

22  **ATTORNEYS FOR PLAINTIFF**              **CO-COUNSEL FOR DEFENDANTS**

23  Michael Paul Tuuri, Esq.                 Richard E. Winnie, Esq.
    In-House Legal Services                  Brian E. Washington, Esq.
24  3177 Gray Fox Lane                       Andrew J. Massey, Esq.
    Paso Robles, CA  93446                   Office of the County Counsel, County of
25                                           Alameda
    Tel:   (805) 238-7290                    1221 Oak Street, Suite 450
26  Fax:   (805) 456-3339                    Oakland, CA 94612-4296
                                             Telephone:  (510) 272-6700
27                                           Facsimile: (510) 272-5020

28                                   -4-

1

2       I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct.

4       Executed at Oakland, California, on October 24, 2007.

5

6

7                                 _____/s/_____

                                        JOANNE PERRI

8  25110\416756

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEFENDANTS' MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE
GRANTED (FRCP 12(B)(6)) CASE NO. C07-03626 BZ