Finally, the statute of limitations bars any claims taking place more than two years prior to the filing of this complaint.

DATED:   October 24, 2007

         BOORNAZIAN, JENSEN & GARTHE
         A Professional Corporation

         By: _____/s/_____
         ROBERT G. CROW, ESQ.
         Attorneys for Defendants
         ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, AND JANA BEATTY

25110\416760

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)) CASE NO. C07-03626 BZ**