
1 ROBERT G. CROW, ESQ. (60892)
BOORNAZIAN, JENSEN & GARTHE
2 A Professional Corporation
555 12th Street, Suite 1800
3 P. O. Box 12925
Oakland, CA 94604-2925
4 Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5 *E-mail: rcrow@bjg.com*

6 RICHARD E. WINNIE, ESQ. (68048)
BRIAN E. WASHINGTON, ESQ. (146807)
7 ANDREW J. MASSEY, ESQ. (240995)
Office of the County Counsel, County of Alameda
8 1221 Oak Street, Suite 450
Oakland, CA 94612-4296
9 Telephone: (510) 272-6700
Facsimile: (510) 272-5020
10 *E-mail: brian.washington@acgov.org*
E-mail: *andrew.massey@acgov.org*
11
Attorneys for Defendants
12 ALAMEDA COUNTY, ALAMEDA COUNTY
COMMUNITY DEVELOPMENT AGENCY,
13 ALAMEDA COUNTY BOARD OF SUPERVISORS,
EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 MARGRET ELLIOTT, CHRIS BAZAR,
STACEY SORENSEN, DARRYL GRAY,
15 JAMES SORENSEN, SCOTT OWEN,
SCOTT HAGGERTY, AND JANA BEATTY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

| | | |
|---|---|---|
| STEVEN JAY POWELL, | ) | Case No.: C07-03626 BZ |
| Plaintiff, | ) | Assigned to the Hon. Bernard Zimmerman |
| vs. | ) | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))** |
| ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, DON LABELLE, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, | ) ) ) ) ) ) ) ) ) | Date: December 5, 2007<br>Time: 10:00 a.m. |

-1-

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)) - CASE NO. C07-03626 BZ**

JANA BEATTY, AND DOES 1 through 100, inclusive,

        Defendants.

Courtroom: G 15th Floor

The motion of defendants ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, AND JANA BEATTY (herein collectively "defendants") for an order dismissing plaintiff Steven Jay Powell's complaint came on regularly for hearing on December 5, 2007 at 10:00 a.m. in Courtroom G, 15th Floor. Appearing for defendants was Robert G. Crow of Boornazian, Jensen & Garthe. Appearing for plaintiff was Michael Paul Tuuri.

With good causing appearing,

IT IS HEREBY ORDERED THAT:

The abstention doctrine of *Younger v. Harris* (1971) 401 U.S. 37 requires that this Court decline subject matter jurisdiction over the due process claims raised by Powell concerning his Conditional Use Permit application and process. Plaintiff's Petition for Writ of Administrative Mandamus is pending in state court. This petition in state court includes the same due process allegations as alleged in both the state court and federal actions.

While the *Younger* abstention doctrine precludes subject matter jurisdiction, plaintiff has not stated a claim for relief that could be granted under the theories of denial of equal protection or collusion or conspiracy or that he has a constitutionally protected interest in obtaining a Conditional Use Permit.

Further, the statute of limitations bars any claims taking place more than two years prior to the filing of this complaint.

///

///

-2-

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)) - CASE NO. C07-03626 BZ**

1 | Plaintiff Steven Jay Powell's complaint is dismissed without leave to amend.

2 | IT IS SO ORDERED.

4 | DATED:

```
                                    _____
                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge
```

25110\416946

-3-

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(B)(1)) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)) - CASE NO. C07-03626 BZ**