1  ROBERT G. CROW, ESQ. (60892)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  *E-mail:  rcrow@bjg.com*

6  RICHARD E. WINNIE, ESQ. (68048)
   BRIAN E. WASHINGTON, ESQ. (146807)
7  ANDREW J. MASSEY, ESQ. (240995)
   Office of the County Counsel, County of Alameda
8  1221 Oak Street, Suite 450
   Oakland, CA 94612-4296
9  Telephone:  (510) 272-6700
   Facsimile: (510) 272-5020
10 *E-mail:  brian.washington@acgov.org*
   E-mail:  *andrew.massey@acgov.org*
11
   Attorneys for Defendants
12 ALAMEDA COUNTY, ALAMEDA COUNTY
   COMMUNITY DEVELOPMENT AGENCY,
13 ALAMEDA COUNTY BOARD OF SUPERVISORS,
   EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN,
   DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN,
15 SCOTT HAGGERTY AND JANA BEATTY

16                    UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFONRIA

18 STEVEN JAY POWELL,                )   Case No.:  C07-03626 BZ
                                     )
19         Plaintiff,                )   Assigned to the Hon. Bernard Zimmerman
                                     )
20 vs.                               )   **CERTIFICATION OF INTERESTED**
                                     )   **ENTITIES OR PERSONS**
21 ALAMEDA COUNTY, ALAMEDA           )
   COUNTY COMMUNITY DEVELOPMENT      )   Date:   December 5, 2007
22 AGENCY, ALAMEDA COUNTY BOARD      )   Time:   10:00 a.m.
   OF SUPERVISORS, EAST COUNTY       )   Courtroom:  G 15th Floor
23 BOARD OF ZONING ADJUSTMENTS,      )
   DON LABELLE, MARGRET ELLIOTT,     )
24 CHRIS BAZAR, STACEY SORENSEN,     )
   DARRYL GRAY, JAMES SORENSEN,      )
25 SCOTT OWEN, SCOTT HAGGERTY,       )
   JANA BEATTY, AND DOES 1 through 100, )
26 inclusive,                        )
                                     )
27         Defendants.               )
                                     )
28

-1-
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. C07-03626 BZ**

1  Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.
3  Additionally, this Rule does not apply to any governmental entity or its agencies.
4  DATED:   October 24, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By: _____/s/_____
ROBERT G. CROW, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY AND JANA BEATTY

25110\416972

-2-
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. C07-03626 BZ**