```
 1  ROBERT G. CROW, ESQ. (60892)
    BOORNAZIAN, JENSEN & GARTHE
 2  A Professional Corporation
    555 12th Street, Suite 1800
 3  P. O. Box 12925
    Oakland, CA 94604-2925
 4  Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
 5  E-mail: rcrow@bjg.com

 6  RICHARD E. WINNIE, ESQ. (68048)
    BRIAN E. WASHINGTON, ESQ. (146807)
 7  ANDREW J. MASSEY, ESQ. (240995)
    Office of the County Counsel, County of Alameda
 8  1221 Oak Street, Suite 450
    Oakland, CA 94612-4296
 9  Telephone: (510) 272-6700
    Facsimile: (510) 272-5020
10  E-mail: brian.washington@acgov.org
    E-mail: andrew.massey@acgov.org
11
    Attorneys for Defendants
12  ALAMEDA COUNTY, ALAMEDA COUNTY
    COMMUNITY DEVELOPMENT AGENCY,
13  ALAMEDA COUNTY BOARD OF SUPERVISORS,
    EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14  MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN,
    DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN,
15  SCOTT HAGGERTY AND JANA BEATTY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| STEVEN JAY POWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, DON LABELLE, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, JANA BEATTY, AND DOES 1 through 100, inclusive,<br>    Defendants. | Case No.: C07-03626 BZ<br>Assigned to the Hon. Bernard Zimmerman<br><br>**ASSOCIATION OF ATTORNEYS** |

-1-

**ASSOCATION OF ATTORNEYS**
**CASE NO. C07-03626 BZ**

PLEASE TAKE NOTICE that defendants ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY AND JANA BEATTY, hereby associate Richard E. Winnie, Esq., Brian E. Washington, Esq. and Andrew J. Massey, Esq. of the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296, as co-counsel of record for defendants in the above-entitled matter. All notices in this matter should be served upon both counsel of record for said defendants.

We hereby agree to said association of attorneys.

DATED: October 24, 2007            By:_____/s/_____
                                   RICHARD E. WINNIE, ESQ.
                                   BRIAN E. WASHINGTON, ESQ.
                                   ANDREW J. MASSEY, ESQ.
                                   Office of the County Counsel, County of Alameda

DATED: October 24, 2007            BOORNAZIAN, JENSEN & GARTHE
                                   A Professional Corporation

                                   By:_____/s/_____
                                   ROBERT G. CROW, ESQ.
                                   Attorneys for Defendants
                                   ALAMEDA COUNTY, ALAMEDA
                                   COUNTY COMMUNITY
                                   DEVELOPMENT
                                   AGENCY, ALAMEDA COUNTY
                                   BOARD OF SUPERVISORS, EAST
                                   COUNTY BOARD OF ZONING
                                   ADJUSTMENTS, MARGRET
                                   ELLIOTT, CHRIS BAZAR,
                                   STACEY SORENSEN, DARRYL
                                   GRAY, JAMES SORENSEN,
                                   SCOTT OWEN, SCOTT
                                   HAGGERTY
                                   AND JANA BEATTY

25110\417375