UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN JAY POWELL, | ) | |
| Plaintiff(s), | ) | No. C07-3626 BZ |
| v. | ) | **ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| ALAMEDA COUNTY, et al., | ) | |
| Defendant(s). | ) | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Defendants' motion to dismiss is set for hearing on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for defendants' motion is modified as follows:

Plaintiff's opposition shall be filed no later than **November 9, 2007.** Any reply shall be filed no later than **November 16, 2007.**

Dated: October 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Powell v. Alameda\Order modifying briefing schedule.wpd

1