1 | ROBERT G. CROW, ESQ. (60892)
BOORNAZIAN, JENSEN & GARTHE
2 | A Professional Corporation
555 12th Street, Suite 1800
3 | P. O. Box 12925
Oakland, CA 94604-2925
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5 | *E-mail: rcrow@bjg.com*

6 | RICHARD E. WINNIE, ESQ. (68048)
BRIAN E. WASHINGTON, ESQ. (146807)
7 | ANDREW J. MASSEY, ESQ. (240995)
Office of the County Counsel, County of Alameda
8 | 1221 Oak Street, Suite 450
Oakland, CA 94612-4296
9 | Telephone: (510) 272-6700
Facsimile: (510) 272-5020
10 | *E-mail: brian.washington@acgov.org*
*E-mail: andrew.massey@acgov.org*
11 |
Attorneys for Defendants
12 | ALAMEDA COUNTY, ALAMEDA COUNTY
COMMUNITY DEVELOPMENT AGENCY,
13 | ALAMEDA COUNTY BOARD OF SUPERVISORS,
EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 | MARGRET ELLIOTT, CHRIS BAZAR,
STACEY SORENSEN, DARRYL GRAY,
15 | JAMES SORENSEN, SCOTT OWEN,
SCOTT HAGGERTY AND JANA BEATTY
16 |

UNITED STATES DISTRICT COURT

17 |

FOR THE NORTHERN DISTRICT OF CALIFONRIA

18 |

| | | |
|---|---|---|
| 19 | STEVEN JAY POWELL, | ) | Case No.: C07-03626 BZ |
| 20 | Plaintiff,<br>vs. | ) ) ) | Assigned to the Hon. Bernard Zimmerman |
| 21 | ALAMEDA COUNTY, ALAMEDA | ) ) | **DEFENDANTS' CASE MANAGEMENT** |
| 22 | COUNTY COMMUNITY DEVELOPMENT | ) | **STATEMENT AND RULE 26(F)** |
| 23 | AGENCY, ALAMEDA COUNTY BOARD<br>OF SUPERVISORS, EAST COUNTY<br>BOARD OF ZONING ADJUSTMENTS, | ) ) ) | **REPORT** |
| 24 | DON LABELLE, MARGRET ELLIOTT,<br>CHRIS BAZAR, STACEY SORENSEN, | ) ) | Date:    November 5, 2007<br>Time:    4:00 p.m. |
| 25 | DARRYL GRAY, JAMES SORENSEN,<br>SCOTT OWEN, SCOTT HAGGERTY, | ) ) | Courtroom: G 15th Floor |
| 26 | JANA BEATTY, AND DOES 1 through 100,<br>inclusive, | ) ) | |
| 27 | Defendants. | ) ) ) | |

28 |

-1-

**DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT – Case No.: C07-03626 BZ**

1    Pursuant to this Court's standing order for case management conferences, defendants

2  ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY,

3  ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING

4  ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL

5  GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, and JANA BEATTY

6  (herein collectively "defendants") submit their separate case management conference statement[1]:

7    1.    JURISDICTION AND SERVICE:

8    Plaintiff asserts subject matter jurisdiction under his claim for alleged civil rights violations

9  based on 42 U.S.C. §§1983 and 1985 and under 28 U.S.C. §§1331 and 1343.

10    Defendants dispute subject matter jurisdiction, contending that under the abstention

11  doctrine of *Younger v. Harris* (1971) 401 U.S. 37, that this Court must decline jurisdiction over the

12  due process claims raised by plaintiff concerning his Conditional Use Permit application.  Plaintiff

13  filed a Petition for Writ of Administrative Mandamus in the Alameda County Superior Court on

14  June 15, 2007, which is pending regarding the same Conditional Use Permit application and

15  issues.  A Motion to Dismiss is pending in this Court for December 5, 2007.

16    Plaintiff has served all defendants except for Don LaBelle, the County's former Public

17  Works Director, who has retired and moved to the Midwest.  Plaintiff has been requested to

18  dismiss Mr. LaBelle and is considering this request.

19    2.    FACTS:

20    Plaintiff Steven Jay Powell asserts a single claim for relief in his complaint, which consists

21  of 15 numbered allegations based on alleged civil rights violations under 42 U.S.C. §§1983 and

22  1985 and conspiracy.  This claim arises from allegations relating to denial of his application for a

23  Conditional Use Permit for his business known as Tesla Vintners located at 5134 Tesla Road,

24

25  [1] Defendants' counsel attempted to obtain a joint case management statement and emailed draft
   statements to plaintiff's counsel on October 18 and 23.  However, in the related state court case,
26  co-counsel for defendants received a letter dated October 24 from plaintiff's counsel indicating
   that he would no longer be representing Mr. Powell and that his client would be retaining new
27  counsel the following week.  In a phone conversation on October 26, Mr. Tuuri advised that he
   would be substituting out of this federal court case as well, but he would work on the joint case
28  management statement in the meantime.  On October 29, defense counsel was unable to reach
   plaintiff's counsel by phone or email before filing this separate statement.

-2-

**DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT – Case No.:  C07-03626 BZ**

1 | Livermore, California.  Plaintiff has sued the County of Alameda, its Board of Supervisors, its

2 | Community Development Agency, the East County Board of Zoning Adjustments, and numerous

3 | County employees.

4 |       Plaintiff alleges that over the course of the last five years, defendants violated plaintiff's

5 | constitutional rights to procedural due process and substantive due process during his process of

6 | applying for a Conditional Use Permit for his business and that certain of his business activities

7 | were characterized by defendants as being subject to a Conditional Use Permit.

8 |       Defendants contend that the application for a Conditional Use Permit was properly denied,

9 | that due process was followed, and that plaintiff's civil rights were not violated.

10 |       3.    LEGAL ISSUES:

11 |       Defendants contend that under the abstention doctrine of *Younger v. Harris* (1971) 401

12 | U.S. 37, that this Court must decline jurisdiction over the due process claims raised by plaintiff

13 | concerning his Conditional Use Permit application.  Plaintiff's due process claims are being

14 | litigated in state court.  If the state court denies plaintiffs' Petition for Writ, then the issues for the

15 | Conditional Use Permit will also be barred by the doctrine of res judicata.

16 |       4.    MOTIONS:

17 |       Pending is defendant's Motion to Dismiss with a hearing scheduled for December 5, 2007

18 | on the grounds of the *Younger* abstention doctrine, that plaintiff cannot state a claim for relief for

19 | alleged denial of equal protection or conspiracy, and that events occurring more than two years

20 | prior to the filing of the complaint are barred the statute of limitations.

21 |       If the case is not dismissed on a motion to dismiss, defendants plan a motion for summary

22 | judgment.

23 |       5.    AMENDMENTS OF PLEADINGS:

24 |       None anticipated.

25 |       6.    EVIDENCE PRESERVATION:

26 |       Defendants have preserved the complete administrative record for the Conditional Use

27 | Permit application process and this record has been produced to plaintiff in the state court case,

28 | consisting of four volumes and totaling 1149 pages.

DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT – Case No.: C07-03626 BZ

7.    DISCLOSURES:

Defendants have made their initial disclosures. Their initial disclosures are attached to this case management statement. Defendants have not received plaintiff's initial disclosures.

8.    DISCOVERY:

No formal discovery has been taken to date. Defendants just appeared in the case on October 24, 2007 with their Motion to Dismiss. The legal issues are the first steps in the case. Formal discovery should be deferred until these legal issues are resolved. No modifications of the discovery rules are contemplated.

9.    CLASS ACTIONS:

Not applicable.

10.    RELATED CASES:

Plaintiff filed a Verified Petition for Writ of Administrative Mandamus and Damages in the Alameda County Superior Court on July 15, 2007, case no. VG07331079, which is still pending. Defendants contend that under the *Younger* abstention doctrine, there is no federal court subject matter jurisdiction for the case at hand.

11.    RELIEF:

Plaintiff's claimed damages are unknown.

12.    SETTLEMENT AND ADR:

The parties agreed to Early Neutral Evaluation for the ADR process, but have requested that the deadline for completion be delayed until 90 days after the legal issues on the Motion to Dismiss have been decided.

13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:

Both sides have consented to the assignment to Magistrate Judge Bernard Zimmerman for all purposes.

14.    OTHER REFERENCES:

Not applicable.

15.    NARROWING OF ISSUES:

The Motion to Dismiss should help to narrow the issues.

-4-

DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT – Case No.: C07-03626 BZ

1  16.  <u>EXPEDITED SCHEDULE</u>:

2  Not applicable.

3  17.  <u>SCHEDULING</u>:

4  Defendants suggest that scheduling is premature until the early legal issues have been

5  decided, including the state court Petition for Writ of Administrative Mandamus.

6  18.  <u>TRIAL</u>:

7  Defendants suggest that setting a trial date is premature until the early legal issues have

8  been decided, including the state court Petition for Writ of Administrative Mandamus.

9  19.  <u>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS</u>:

10  Defendants have filed their "Certification of Interested Entities or Persons", but this

11  provision is not applicable to governmental entities or agencies.   Plaintiff has not filed this

12  statement.

13  20.  <u>OTHER MATTERS</u>

14  Not applicable.

15  DATED:   October 29, 2007

16  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation

17

18  By: _____
       ROBERT G. CROW, ESQ.

19      Attorneys for Defendants
       ALAMEDA COUNTY, ALAMEDA

20      COUNTY COMMUNITY
       DEVELOPMENT

21      AGENCY,ALAMEDA COUNTY
       BOARD OF SUPERVISORS, EAST

22      COUNTY BOARD OF ZONING
       ADJUSTMENTS,MARGRET

23      ELLIOTT, CHRIS BAZAR,
       STACEY SORENSEN, DARRYL

24      GRAY, JAMES SORENSEN,
       SCOTT OWEN, SCOTT

25      HAGGERTY, AND JANA BEATTY

26

27  25110\417436

28

-5-

**DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT – Case No.:  C07-03626 BZ**

1  ROBERT G. CROW, ESQ. (60892)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  E-mail:  rcrow@bjg.com

6  RICHARD E. WINNIE, ESQ. (68048)
   BRIAN E. WASHINGTON, ESQ. (146807)
7  ANDREW J. MASSEY, ESQ. (240995)
   Office of the County Counsel, County of Alameda
8  1221 Oak Street, Suite 450
   Oakland, CA 94612-4296
9  Telephone:  (510) 272-6700
   Facsimile: (510) 272-5020
10 E-mail:  brian.washington@acgov.org
   E-mail:  andrew.massey@acgov.org
11
   Attorneys for Defendants
12 ALAMEDA COUNTY, ALAMEDA COUNTY
   COMMUNITY DEVELOPMENT AGENCY,
13 ALAMEDA COUNTY BOARD OF SUPERVISORS,
   EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 MARGRET ELLIOTT, CHRIS BAZAR,
   STACEY SORENSEN, DARRYL GRAY,
15 JAMES SORENSEN, SCOTT OWEN,
   SCOTT HAGGERTY AND JANA BEATTY
16
                    UNITED STATES DISTRICT COURT
17
                FOR THE NORTHERN DISTRICT OF CALIFONRIA
18

|    | | |
|----|-----|-----|
| 19 | STEVEN JAY POWELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, ALAMEDA<br>COUNTY COMMUNITY DEVELOPMENT<br>AGENCY, ALAMEDA COUNTY BOARD<br>OF SUPERVISORS, EAST COUNTY<br>BOARD OF ZONING ADJUSTMENTS,<br>DON LABELLE, MARGRET ELLIOTT,<br>CHRIS BAZAR, STACEY SORENSEN,<br>DARRYL GRAY, JAMES SORENSEN,<br>SCOTT OWEN, SCOTT HAGGERTY,<br>JANA BEATTY, AND DOES 1 through 100,<br>inclusive,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  C07-03626 BZ<br><br>Assigned to the Hon. Bernard Zimmerman<br><br>DEFENDANTS ALAMEDA COUNTY,<br>ALAMEDA COUNTY COMMUNITY<br>DEVELOPMENT AGENCY,<br>ALAMEDA COUNTY BOARD OF<br>SUPERVISORS, EAST COUNTY BOARD<br>OF ZONING ADJUSTMENTS,<br>MARGRET ELLIOTT, CHRIS BAZAR,<br>STACEY SORENSEN, DARRYL GRAY,<br>JAMES SORENSEN, SCOTT OWEN,<br>SCOTT HAGGERTY AND JANA<br>BEATTY'S INITIAL DISCLOSURES<br>PURSUANT TO RULE 26(a)(1) |

-1-

DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ

Pursuant to Rule 26(a)(1), defendants ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, AND JANA BEATTY submit their initial disclosures as follows:

(A)    **Name and address of each person likely to have discovery information which supports Defendants' position:**

Margret Elliott – defendant;

Chris Bazar – defendant;

Stacey Sorensen – defendant;

Darryl Gray – defendant;

James Sorensen – defendant;

Scott Haggerty – defendant;

Scott Owen – defendant;

Jana Beatty – defendant;

Rodrigo Orduna, Planner, Alameda County Community Development Agency;

Tona Henninger, Assistant Planning Director, Alameda County Community Development Agency;

Lacy Starling, Alameda County Community Development Agency;

John Shouldice, Building Inspector, County of Alameda;

Allen Lang, Building Department, County of Alameda;

Theresa Johnson, former Deputy Fire Marshall, County of Alameda Fire Prevention Bureau;

Warren and Judy McPherson, 5167 Telsa Road, Livermore, CA 94550.

///

///

DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ

1      (B)    **A copy or description by category and location of all documents, data**

2  **compilation and tangible things in the possession, custody or control of the party that the**

3  **disclosing parties may use to support their defenses:**

4      The Administrative Record (four volumes) produced to plaintiff in the state court action,

5  Bate stamped POW0001 to POW1149.

6      (C)    **Computation of Damages:**

7      Not applicable as defendants are not claiming damages.

8      (D)    **Insurance Agreement:**

9      Not applicable to this claim.

10  DATED:   October 25, 2007

11                                          BOORNAZIAN, JENSEN & GARTHE
                                            A Professional Corporation

12

13                              By: _____
                                            ROBERT G. CROW, ESQ.
14                                          Attorneys for Defendants
                                            ALAMEDA COUNTY, ALAMEDA
15                                          COUNTY COMMUNITY
                                            DEVELOPMENT AGENCY,
16                                          ALAMEDA COUNTY BOARD OF
                                            SUPERVISORS, EAST COUNTY
17                                          BOARD OF ZONING
                                            ADJUSTMENTS, MARGRET
18                                          ELLIOTT, CHRIS BAZAR,
                                            STACEY SORENSEN, DARRYL
19                                          GRAY, JAMES SORENSEN SCOTT
                                            OWEN, SCOTT HAGGERTY, AND
20  25110\416977                            JANA BEATTY

21

22

23

24

25

26

27

28

-3-

**DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ**

1

2

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

3      I am employed in the County of Alameda, State of California.  I am over the age of 18

4  years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,

5  P. O. Box 12925, Oakland, California 94604-2925.

6      I am readily familiar with the business practice for collection and processing of

7  correspondence for mailing with the United States Postal Service.  On the date indicated below, at

8  the above-referenced business location, I sealed envelopes, enclosing a copy of:

9

10     DEFENDANTS ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY
   DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST
   COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR,
11  STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT
   HAGGERTY AND JANA BEATTY'S INITIAL DISCLOSURES PURSUANT TO RULE
12  26(a)(1)

13

14  addressed as shown below, and placed them for collection and mailing following ordinary business

15  practices to be deposited with the United States Postal Service on the date indicated below:

16  **ATTORNEYS FOR PLAINTIFF**             **CO-COUNSEL FOR DEFENDANTS**

17  Michael Paul Tuuri, Esq.                Richard E. Winnie, Esq.
   In-House Legal Services                 Brian E. Washington, Esq.
18  3177 Gray Fox Lane                      Andrew J. Massey, Esq.
   Paso Robles, CA  93446                  Office of the County Counsel, County of
19                                          Alameda
   Tel:    (805) 238-7290                  1221 Oak Street, Suite 450
20  Fax:    (805) 456-3339                  Oakland, CA 94612-4296
                                           Telephone:  (510) 272-6700
21                                          Facsimile: (510) 272-5020

22

23     I declare under penalty of perjury that the foregoing is true and correct.  Executed at

24  Oakland, California on October 25, 2007.

25

26  _____
                    JOANNE PERRI

27

28

-4-

DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ