1  ROBERT G. CROW, ESQ. (60892)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  *E-mail: rcrow@bjg.com*

6  RICHARD E. WINNIE, ESQ. (68048)
   BRIAN E. WASHINGTON, ESQ. (146807)
7  ANDREW J. MASSEY, ESQ. (240995)
   Office of the County Counsel, County of Alameda
8  1221 Oak Street, Suite 450
   Oakland, CA 94612-4296
9  Telephone:  (510) 272-6700
   Facsimile: (510) 272-5020
10 E-mail:  *brian.washington@acgov.org*
   E-mail:  *andrew.massey@acgov.org*
11
   Attorneys for Defendants
12 ALAMEDA COUNTY, ALAMEDA COUNTY
   COMMUNITY DEVELOPMENT AGENCY,
13 ALAMEDA COUNTY BOARD OF SUPERVISORS,
   EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 MARGRET ELLIOTT, CHRIS BAZAR,
   STACEY SORENSEN, DARRYL GRAY,
15 JAMES SORENSEN, SCOTT OWEN,
   SCOTT HAGGERTY AND JANA BEATTY
16
   MICHAEL PAUL TUURI, ESQ. (236401)
17 In-House Legal Services
   3177 Gray Fox Lane
18 Paso Robles, CA 93446
   Telephone: (805) 238-7290
19 Facsimile: (805) 456-3339
   E-mail: *mptuuriesq@sbcglobal.net*
20
   Attorney for the Plaintiff STEVEN JAY POWELL
21

22              UNITED STATES DISTRICT COURT

23        FOR THE NORTHERN DISTRICT OF CALIFONRIA

24 STEVEN JAY POWELL,              )  Case No.:  C07-03626 BZ
                                   )
25         Plaintiff,              )  Assigned to the Hon. Bernard Zimmerman
   vs.                            )
26                                 )  **JOINT CASE MANAGEMENT**
   ALAMEDA COUNTY, ALAMEDA         )  **STATEMENT AND RULE 26(F)**
27 COUNTY COMMUNITY DEVELOPMENT    )  **REPORT**
   AGENCY, ALAMEDA COUNTY BOARD    )
28 OF SUPERVISORS, EAST COUNTY     )

                            -1-

1  BOARD OF ZONING ADJUSTMENTS,       )
   DON LABELLE, MARGRET ELLIOTT,      )      Date:  November 5, 2007
2  CHRIS BAZAR, STACEY SORENSEN,      )      Time:  4:00 p.m.
   DARRYL GRAY, JAMES SORENSEN,       )      Courtroom: G 15th Floor
3  SCOTT OWEN, SCOTT HAGGERTY,        )
   JANA BEATTY, AND DOES 1 through 100, )
4  inclusive,                         )
                Defendants.           )
5                                     )
                                      )
6                                     )
                                      )
   _____ )
7         Pursuant to this Court's standing order for case management conferences, defendants

8  ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY,

9  ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING

10 ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL

11 GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, and JANA BEATTY

12 (herein collectively "defendants") and plaintiff STEVEN JAY POWELL ("plaintiff") submit their

13 joint case management conference statement:

14        1.    JURISDICTION AND SERVICE:

15        Plaintiff asserts subject matter jurisdiction under his claim for alleged civil rights violations

16 based on 42 U.S.C. §§1983 and 1985 and under 28 U.S.C. §§1331 and 1343.

17        Defendants dispute subject matter jurisdiction, contending that under the abstention

18 doctrine of *Younger v. Harris* (1971) 401 U.S. 37, that this Court must decline jurisdiction over the

19 due process claims raised by plaintiff concerning his Conditional Use Permit application.  Plaintiff

20 filed a Petition for Writ of Administrative Mandamus in the Alameda County Superior Court on

21 June 15, 2007, which is pending regarding the same Conditional Use Permit application.  A

22 Motion to Dismiss is pending in this Court for December 5, 2007.

23        Plaintiff has served all defendants except for Don LaBelle, the County's former Public

24 Works Director, who has retired and moved to the Midwest.  Plaintiff has been requested to

25 dismiss Mr. LaBelle and is considering this request.

26        2.    FACTS:

27        Plaintiff Steven Jay Powell asserts a single claim for relief in his complaint, which consists

28 of 15 numbered allegations based on alleged civil rights violations under 42 U.S.C. §§1983 and

1  1985 and conspiracy. This claim arises from allegations relating to denial of his application for a

2  Conditional Use Permit for his business known as Tesla Vintners located at 5134 Tesla Road,

3  Livermore, California.

4      Defendants contend that the Conditional Use Permit was properly denied, that due process

5  was followed, and that plaintiff's civil rights were not violated.

6      3.    LEGAL ISSUES:

7      Defendants contend that under the abstention doctrine of *Younger v. Harris* (1971) 401

8  U.S. 37, that this Court must decline jurisdiction over the due process claims raised by plaintiff

9  concerning his Conditional Use Permit application. Plaintiff's due process claims are being

10  litigated in state court. If the state court denies plaintiffs' Petition for Writ, then the issues for the

11  Conditional Use Permit will be barred by the doctrine of res judicata.

12      4.    MOTIONS:

13      Pending is defendant's Motion to Dismiss for a hearing on December 5, 2007 on the

14  grounds of the *Younger* abstention doctrine, that plaintiff cannot state a claim for relief for alleged

15  denial of equal protection or conspiracy, and that events occurring more than two years prior to the

16  filing of the complaint are barred the statute of limitations.

17      If the case is not dismissed on a motion to dismiss, defendants plan a motion for summary

18  judgment.

19      5.    AMENDMENTS OF PLEADINGS:

20      None anticipated.

21      6.    EVIDENCE PRESERVATION:

22      Steps have been taken and the complete administrative record for the Conditional Use

23  Permit application has been produced to plaintiff, consisting of four volumes and totaling 1149

24  pages.

25      7.    DISCLOSURES:

26      Plaintiff has made its initial disclosures which are part of the administrative record

27  mentioned in paragraph 6.

28      Defendants have made its initial disclosures. Their initial disclosure is attached to this case

management statement.

8.    DISCOVERY:

No formal discovery has been taken to date.  Defendants just appeared in the case on October 24, 2007 with their Motion to Dismiss.  The legal issues are the first steps in the case. Formal discovery should be deferred until these legal issues are resolved.  No modifications of the discovery rules are contemplated.  Counsel have discussed this plan under Rule 26(f).

9.    CLASS ACTIONS:

Not applicable.

10.    RELATED CASES:

Plaintiff filed a Verified Petition for Writ of Administrative Mandamus and Damages in the Alameda County Superior Court on July 15, 2007, case no. VG07331079, which is still pending. Defendants contend that under the *Younger* abstention doctrine, there is no federal court subject matter jurisdiction for the case at hand.

11.    RELIEF:

Plaintiff claims that because of the alleged civil rights violations, his business has suffered loss of revenues totaling approximately $2,000,000. Plaintiff requests monetary relief and reasonable attorney fees.

12.    SETTLEMENT AND ADR:

The parties have agreed on Early Neutral Evaluation for the ADR process, but have requested that the deadline for completion be delayed until the legal issues on the Motion to Dismiss have been decided.

13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:

Both sides have consented to the assignment to Magistrate Judge Bernard Zimmerman for all purposes.

14.    OTHER REFERENCES:

Not applicable.

15.    NARROWING OF ISSUES:

The Motion to Dismiss should help to narrow the issues.

1    16.    <u>EXPEDITED SCHEDULE</u>:

2    Not applicable.

3    17.    <u>SCHEDULING</u>:

4    The parties suggest that scheduling matters is premature until the early legal issues have

5    been decided, including the state court Petition for Writ of Administrative Mandamus.

6    18.    <u>TRIAL</u>:

7    The parties suggest that setting a trial date is premature until the early legal issues have

8    been decided, including the state court Petition for Writ of Administrative Mandamus.

9    19.    <u>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS</u>:

10    Plaintiff anticipates no non-party interested entities or persons, but reserves the right to

11    disclose the same upon discovery.

12    Defendants have filed their "Certification of Interested Entities or Persons", but this

13    provision is not applicable to governmental entities or agencies.

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    20.    <u>OTHER MATTERS</u>

2    Plaintiff's attorney Michael Paul Tuuri is withdrawing from this case with the plaintiff's

3    consent. New counsel is anticipated this week.

4

5    DATED:   October 30 , 2007

6                                                          BOORNAZIAN, JENSEN & GARTHE
                                                           A Professional Corporation

7                                                          By: _Robert G. Crow_____

8                                                              ROBERT G. CROW, ESQ.
                                                              Attorneys for Defendants
9                                                          ALAMEDA COUNTY, ALAMEDA
                                                           COUNTY COMMUNITY
10                                                          DEVELOPMENT
                                                           AGENCY, ALAMEDA COUNTY
11                                                         BOARD OF SUPERVISORS, EAST
                                                           COUNTY BOARD OF ZONING
12                                                          ADJUSTMENTS, MARGRET
                                                           ELLIOTT, CHRIS BAZAR,
13                                                         STACEY SORENSEN, DARRYL
                                                           GRAY, JAMES SORENSEN,
14                                                            SCOTT OWEN, SCOTT
                                                           HAGGERTY, AND JANA BEATTY

15

16   DATED:  October 29, 2007

17

18                                                          By: _Michael Paul Tuuri_____

19   25110\416951                                             MICHAEL PAUL TUURI, ESQ.
                                                              Attorney for Plaintiff STEVEN
20                                                                 JAY POWELL

21

22

23

24

25

26

27

28

                                        -6-

1 | ROBERT G. CROW, ESQ. (60892)
BOORNAZIAN, JENSEN & GARTHE
2 | A Professional Corporation
555 12th Street, Suite 1800
3 | P. O. Box 12925
Oakland, CA 94604-2925
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5 | E-mail: rcrow@bjg.com

6 | RICHARD E. WINNIE, ESQ. (68048)
BRIAN E. WASHINGTON, ESQ. (146807)
7 | ANDREW J. MASSEY, ESQ. (240995)
Office of the County Counsel, County of Alameda
8 | 1221 Oak Street, Suite 450
Oakland, CA 94612-4296
9 | Telephone: (510) 272-6700
Facsimile: (510) 272-5020
10 | E-mail: brian.washington@acgov.org
E-mail: andrew.massey@acgov.org
11 |
Attorneys for Defendants
12 | ALAMEDA COUNTY, ALAMEDA COUNTY
COMMUNITY DEVELOPMENT AGENCY,
13 | ALAMEDA COUNTY BOARD OF SUPERVISORS,
EAST COUNTY BOARD OF ZONING ADJUSTMENTS,
14 | MARGRET ELLIOTT, CHRIS BAZAR,
STACEY SORENSEN, DARRYL GRAY,
15 | JAMES SORENSEN, SCOTT OWEN,
SCOTT HAGGERTY AND JANA BEATTY
16 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

| STEVEN JAY POWELL, | ) | Case No.: C07-03626 BZ |
|---|---|---|
| Plaintiff, | ) | Assigned to the Hon. Bernard Zimmerman |
| vs. | ) | DEFENDANTS ALAMEDA COUNTY, |
| | ) | ALAMEDA COUNTY COMMUNITY |
| ALAMEDA COUNTY, ALAMEDA | ) | DEVELOPMENT AGENCY, |
| COUNTY COMMUNITY DEVELOPMENT | ) | ALAMEDA COUNTY BOARD OF |
| AGENCY, ALAMEDA COUNTY BOARD | ) | SUPERVISORS, EAST COUNTY BOARD |
| OF SUPERVISORS, EAST COUNTY | ) | OF ZONING ADJUSTMENTS, |
| BOARD OF ZONING ADJUSTMENTS, | ) | MARGRET ELLIOTT, CHRIS BAZAR, |
| DON LABELLE, MARGRET ELLIOTT, | ) | STACEY SORENSEN, DARRYL GRAY, |
| CHRIS BAZAR, STACEY SORENSEN, | ) | JAMES SORENSEN, SCOTT OWEN, |
| DARRYL GRAY, JAMES SORENSEN, | ) | SCOTT HAGGERTY AND JANA |
| SCOTT OWEN, SCOTT HAGGERTY, | ) | BEATTY'S INITIAL DISCLOSURES |
| JANA BEATTY, AND DOES 1 through 100, | ) | PURSUANT TO RULE 26(a)(1) |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

-1-

1    Pursuant to Rule 26(a)(1), defendants ALAMEDA COUNTY, ALAMEDA COUNTY

2  COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF

3  SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET

4  ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN,

5  SCOTT OWEN, SCOTT HAGGERTY, AND JANA BEATTY submit their initial disclosures as

6  follows:

7

8    (A)    **Name and address of each person likely to have discovery information which**

9  **supports Defendants' position:**

10    Margret Elliott – defendant;

11    Chris Bazar – defendant;

12    Stacey Sorensen – defendant;

13    Darryl Gray – defendant;

14    James Sorensen – defendant;

15    Scott Haggerty – defendant;

16    Scott Owen – defendant;

17    Jana Beatty – defendant;

18    Rodrigo Orduna, Planner, Alameda County Community Development Agency;

19    Tona Henninger, Assistant Planning Director, Alameda County Community Development

20  Agency;

21    Lacy Starling, Alameda County Community Development Agency;

22    John Shouldice, Building Inspector, County of Alameda;

23    Allen Lang, Building Department, County of Alameda;

24    Theresa Johnson, former Deputy Fire Marshall, County of Alameda Fire Prevention

25  Bureau;

26    Warren and Judy McPherson, 5167 Telsa Road, Livermore, CA 94550.

27    ///

28    ///

-2-

1    (B)    **A copy or description by category and location of all documents, data**

2    **compilation and tangible things in the possession, custody or control of the party that the**

3    **disclosing parties may use to support their defenses:**

4    The Administrative Record (four volumes) produced to plaintiff in the state court action,

5    Bate stamped POW0001 to POW1149.

6    (C)    **Computation of Damages:**

7    Not applicable as defendants are not claiming damages.

8    (D)    **Insurance Agreement:**

9    Not applicable to this claim.

10   DATED:  October 25, 2007

11   BOORNAZIAN, JENSEN & GARTHE
     A Professional Corporation

12

13   By: _Robert G. Crow_
     ROBERT G. CROW, ESQ.

14   Attorneys for Defendants
     ALAMEDA COUNTY, ALAMEDA

15   COUNTY COMMUNITY
     DEVELOPMENT AGENCY,

16   ALAMEDA COUNTY BOARD OF
     SUPERVISORS, EAST COUNTY

17   BOARD OF ZONING
     ADJUSTMENTS, MARGRET

18   ELLIOTT, CHRIS BAZAR,
     STACEY SORENSEN, DARRYL

19   GRAY, JAMES SORENSEN SCOTT
     OWEN, SCOTT HAGGERTY, AND

20   25110\416977                              JANA BEATTY

21

22

23

24

25

26

27

28

-3-

**DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ**

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of:

DEFENDANTS ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY AND JANA BEATTY'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| **ATTORNEYS FOR PLAINTIFF** | **CO-COUNSEL FOR DEFENDANTS** |
|---|---|
| Michael Paul Tuuri, Esq.<br>In-House Legal Services<br>3177 Gray Fox Lane<br>Paso Robles, CA  93446<br><br>Tel:    (805) 238-7290<br>Fax:    (805) 456-3339 | Richard E. Winnie, Esq.<br>Brian E. Washington, Esq.<br>Andrew J. Massey, Esq.<br>Office of the County Counsel, County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612-4296<br>Telephone:  (510) 272-6700<br>Facsimile: (510) 272-5020 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Oakland, California on October 25, 2007.

_____
JOANNE PERRI

-4-

**DEFENDANTS' INITIAL DISCLOSURES, CASE NO. C07-03626 BZ**