Michael Paul Tuuri (SBN 236401)
In-House Legal Services
3177 Gray Fox Lane
Paso Robles, CA 93446
Telephone: (805) 238-7290
FAX: (805) 456-3339
E-mail: mptuuriesq@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Jay Powell, | Case No.: C 07-03626 BZ |
| Plaintiff, | Assigned to the Hon. Bernard Zimmerman |
| vs. | DISMISSAL WITHOUT PREJUDICE; FRCP 41(a)(1)(i) |
| Alameda County, Alameda County Community Development Agency, Alameda County Board of Supervisors, East County Board of Zoning Adjustments, Don LaBelle, Margret Elliott, Chris Bazar, Stacey Sorensen, Darryl Gray, James Sorensen, Scott Owen, Scott Haggerty, Jana Beatty, and Does 1 through 100 inclusive, | |
| Defendants. | |

DISMISSAL WITHOUT PREJUDICE

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is STEVEN JAY POWELL; defendants are ALAMEDA COUNTY, ALAMEDA COUNTY COMMUNITY DEVELOPMENT AGENCY, ALAMEDA COUNTY

DISMISSAL WITHOUT PREJUDICE, FRCP 41(a)(1)(i) - 1

BOARD OF SUPERVISORS, EAST COUNTY BOARD OF ZONING ADJUSTMENTS, DON LABELLE, MARGRET ELLIOTT, CHRIS BAZAR, STACEY SORENSEN, DARRYL GRAY, JAMES SORENSEN, SCOTT OWEN, SCOTT HAGGERTY, JANA BEATTY, AND DOES 1 THROUGH 100 INCLUSIVE.

2. On July 13, 2007, plaintiff sued defendants.

3. Defendant DON LA BELLE has not been served with process and has not filed an answer or a motion for summary judgment. All other defendants have been served with process and have not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

DATED: November 1, 2007

Respectfully submitted,

In-House Legal Services

By: *[signature]*
Michael Paul Tuuri
Attorney for Plaintiff