1  Michael Paul Tuuri (SBN 236401)
   In-House Legal Services
2  3177 Gray Fox Lane
   Paso Robles, CA 93446
3  Telephone: (805) 238-7290
   FAX: (805) 456-3339
4  E-mail: mptuuriesq@sbcglobal.net

5  Attorney for Plaintiff

6

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  Steven Jay Powell,            ) Case No.: C 07-03626 BZ
                                  )
12            Plaintiff,          ) Assigned to the Hon. Bernard Zimmerman
                                  )
13       vs.                      ) CERTIFICATE OF SERVICE OF
                                  ) DISMISSAL OF ACTION WITHOUT
14  Alameda County, Alameda County ) PREJUDICE
    Community Development Agency,  )
15  Alameda County Board of       )
    Supervisors, East County Board of )
16  Zoning Adjustments, Don LaBelle, )
    Margret Elliott, Chris Bazar,  )
17  Stacey Sorensen, Darryl Gray,  )
    James Sorensen, Scott Owen, Scott )
18  Haggerty, Jana Beatty, and Does 1 )
    through 100 inclusive,        )
19                                )
                                  )
20            Defendants.         )
                                  )
21  _____

22              CERTIFICATE OF SERVICE

23       I, Michael Paul Tuuri, hereby certify that on November 1, 2007,

24  I served a copy of the Dismissal Without Prejudice, FRCP 41(a)(1)(i)

25  on the following parties by way of Email and U.S. Mail:

26  ///

          CERTIFICATE OF SERVICE OF DISMISSAL WITHOUT PREJUDICE - 1

1 │ ROBERT G. CROW, ESQ.
  │ BOORNAZIAN, JENSEN & GARTHE
2 │ A Professional Corporation
  │ 555 12th Street, Suite 1800
3 │ P.O. Box 12925
  │ Oakland, CA 94604-2925
4 │ Email: rcrow@bjg.com

5

  │ DATED: November 1, 2007
6

7 │                          In-House Legal Services

8 │                          By: _____
  │                              Michael Paul Tuuri
9 │                              Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26