```
Michael Paul Tuuri (SBN 236401)
In-House Legal Services
3177 Gray Fox Lane
Paso Robles, CA 93446
Telephone: (805) 238-7290
FAX: (805) 456-3339
E-mail: mptuuriesq@sbcglobal.net

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Jay Powell,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Alameda County, Alameda County Community Development Agency, Alameda County Board of Supervisors, East County Board of Zoning Adjustments, Don LaBelle, Margret Elliott, Chris Bazar, Stacey Sorensen, Darryl Gray, James Sorensen, Scott Owen, Scott Haggerty, Jana Beatty, and Does 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No.: C 07-03626 BZ<br><br>Assigned to the Hon. Bernard Zimmerman<br><br>CERTIFICATE OF SERVICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE |

CERTIFICATE OF SERVICE

　　I, Michael Paul Tuuri, hereby certify that on November 1, 2007, I served a copy of the Dismissal Without Prejudice, FRCP 41(a)(1)(i) on the following parties by way of Email and U.S. Mail:

///

1  ROBERT G. CROW, ESQ.
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P.O. Box 12925
   Oakland, CA 94604-2925
4  Email: rcrow@bjg.com

5

   DATED: November 1, 2007
6
                                    In-House Legal Services
7
                                    By: /s/ Michael Paul Tuuri
8                                       Michael Paul Tuuri
                                        Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26